360 A.2d 657
COMMONWEALTH, Appellant,
v.
TALLEY, et al.

Argued December 15, 1975. Stewart J. Greenleaf, Assistant District Attorney, with him Milton O. Moss, District Attorney, for Commonwealth, appellant; Calvin S. Drayer, Jr., Assistant Public Defender, with him Nino V. Tinari, for appellees.

Order affirmed.